505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600 Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM&WATKINS LLP

July 29, 2016

**VIA E-FILING**

Hon. Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue,
San Francisco, CA 94102

Re:     Wadler v. Bio-Rad Laboratories Inc. et. al., Case No. 3:15-cv-02356 JCS

Dear Judge Spero:

     Pursuant to the Court's July 18, 2016 Case Management Order (Dkt. No. 80), the parties in the above captioned action herby advise that they have agreed to have David Rotman conduct a second mediation in this case. The mediation is scheduled for September 14, 2016.

     Plaintiff Sanford Wadler does not intend to file a motion for summary judgment in this matter. Bio-Rad Laboratories, Inc. and each of the individual Defendants, Norman Schwartz; Louis Drapeau; Alice N. Schwartz; Albert J. Hillman; Deborah J. Neff, further advise that they do not intend to file a dispositive motion for summary judgment on August 5, 2016.

                                 Respectfully submitted,

                                 /s/ Linda M. Inscoe_____
                               Linda M. Inscoe
                               of LATHAM & WATKINS LLP
                               *Counsel for Defendants*

                               /s/ Kevin B. Clune_____
                               Kevin B. Clune
                               of KERR & WAGSTAFFE LLP
                               *Counsel for Plaintiff*

     The filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.