UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANFORD S. WADLER, an individual, | Case No. 3:15-cv-02356-JCS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] JUDGMENT |
| BIO-RAD LABORATORIES, INC., a Delaware Corporation, and NORMAN SCHWARTZ, an individual, | |
| Defendants. | |

## [~~PROPOSED~~] JUDGMENT

In this action, Plaintiff Sanford S. Wadler asserted against Defendants Bio-Rad Laboratories, Inc. ("Bio-Rad") and Norman D. Schwartz claims for (1) retaliation in violation of 18 U.S.C. § 1514A (Sarbanes-Oxley), and (2) retaliation in violation of 15 U.S.C. § 78u-6 (Dodd-Frank). Plaintiff also asserted against Bio-Rad claims for (3) retaliation in violation of California Labor Code § 1102.5, (4) wrongful termination in violation of public policy, (5) nonpayment of wages under Cal. Labor Code §§ 201, 227.3, and (6) waiting time penalties under Cal. Labor Code § 203. The parties stipulated to dismiss Plaintiff's third, fifth, and sixth claims.

Plaintiff's first, second, and fourth claims came on for trial before a jury, the Honorable Joseph C. Spero, United States Magistrate Judge, presiding, and the jury has rendered its verdict.

The jury verdict awarded for Plaintiff Sanford S. Wadler and against Defendants Bio-Rad Laboratories, Inc. and Norman D. Schwartz compensatory damages in the amount of $2,960,000 "for past economic loss as a result of his termination." (Final Verdict Form, Dkt. No. 223, Feb. 7, 2017.) The jury verdict also awarded punitive damages for Plaintiff Sanford S. Wadler against Bio-Rad Laboratories, Inc. in the amount of $5,000,000. (Id.)

Pursuant to 15 U.S.C. § 78u-6(h)(1)(c)(2), relief for an individual prevailing under the Dodd-Frank Act "shall include . . . 2 times the amount of back pay otherwise owed to the individual, with interest." 15 U.S.C. § 78u-6(h)(1)(c)(2).

THUS, IT IS ORDERED AND ADJUDGED

That Plaintiff Sanford S. Wadler recover:

1. From Bio-Rad Laboratories, Inc. and Norman D. Schwartz, the sum of $5,920,000, with prejudgment interest of $141,608 (as calculated by law under 26 U.S.C. § 6621 pursuant to 29 C.F.R. § 20.58) and post-judgment interest thereon as provided by 28 U.S.C. §1961;

2. From Bio-Rad Laboratories, Inc. the additional sum of $5,000,000, with post-judgment interest thereon as provided by 28 U.S.C. §1961; and

3. From Bio-Rad Laboratories, Inc. and Norman D. Schwartz, compensation for the following, as provided by law, and in amounts to be later determined by the Court:

litigation costs, expert witness fees, and reasonable attorneys' fees.

DATED: __2/10/17_____  _____
HON. JOSEPH C. SPERO
United States Magistrate Judge