JOHN M. POTTER (Bar No. 165843)
johnpotter@quinnemanuel.com
KARIN A. KRAMER (Bar No. 87346)
karinkramer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

JAMES R. ASPERGER (Bar No. 83188)
jimasperger@quinnemanuel.com
RYAN S. LANDES (Bar No. 252642)
ryanlandes@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendants Bio-Rad Laboratories, Inc.
and Norman Schwartz*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SANFORD S. WADLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BIO-RAD LABORATORIES, INC., a Delaware corporation; Norman Schwartz; Louis Drapeau; Alice N. Schwartz; Albert J. Hillman; Deborah J. Neff,<br><br>Defendants. | Case No. 3:15-CV-2356 JCS<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Defendants Bio-Rad Laboratories, Inc. and Norman Schwartz appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered February 10, 2017 (ECF No. 227), the Order Regarding Attorneys Fees And Costs entered February 23, 2017 (ECF No. 237), the Order Denying Defendants' Renewed Motion For Judgment As A Matter Of Law Pursuant To Fed. R. Civ. P. 50(b) And Motion For New Trial Pursuant To Fed. R. Civ. P. 59 entered May 10, 2017 (ECF No. 246), the Order Regarding Post-Trial Attorneys Fees And Costs entered May 17, 2017 (ECF No. 248), and each and every part thereof.

DATED: June 7, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ John M. Potter*
John M. Potter

*Attorneys for Defendants Bio-Rad Laboratories, Inc. and Norman Schwartz*