UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SANFORD S. WADLER, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> BIO-RAD LABORATORIES, INC., a Delaware Corporation; NORMAN SCHWARTZ, <br><br> Defendants-Appellants. | No. 17-16193 <br><br> D.C. No. 3:15-cv-02356-JCS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  GRABER and BENNETT, Circuit Judges, and KOBAYASHI,[*] District Judge.

Defendants-Appellants have filed a petition for panel rehearing and a petition for rehearing en banc. [Dkt. 46] The panel has voted to deny the petition for panel rehearing. Judges Graber and Bennett vote to deny the petition for rehearing en banc, and Judge Kobayashi so recommends. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on en banc rehearing. *See* Fed. R. App. P. 35(f).

The petition for panel rehearing and rehearing en banc is **DENIED**.

---

[*]    The Honorable Leslie E. Kobayashi, United States District Judge for the District of Hawaii, sitting by designation.