1  JAMES M. WAGSTAFFE (95535)
   wagstaffe@wvbrlaw.com
2  MICHAEL VON LOEWENFELDT (178665)
   mvl@wvbrlaw.com
3  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
4  100 Pine Street, Suite 725
   San Francisco, CA 94111
5  Telephone: (415) 357-8900
   Fax: (415) 357-8910
6
   Attorneys for Plaintiff
7  SANFORD WADLER

9  JOHN M. POTTER (Bar No. 165843)
   johnpotter@quinnemanuel.com
10 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   50 California Street, 22nd Floor
11 San Francisco, CA 94111
   Telephone: (415) 875-6600
12 Facsimile: (415) 875-6700
   Attorneys for Defendants
13
   BIO-RAD LABORATORIES, INC. AND
14 NORMAN SCHWARTZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANFORD S. WADLER, an individual, | Case No. 3:15-cv-02356-JCS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **JUDGMENT AFTER APPEAL** |
| BIO-RAD LABORATORIES, INC., a Delaware Corporation, and NORMAN SCHWARTZ, an individual, | |
| Defendants. | |

# [~~PROPOSED~~] JUDGMENT AFTER APPEAL

In this action, Plaintiff Sanford S. Wadler asserted against Defendants Bio-Rad Laboratories, Inc. ("Bio-Rad") and Norman D. Schwartz claims for (1) retaliation in violation of 18 U.S.C. § 1514A (Sarbanes-Oxley), and (2) retaliation in violation of 15 U.S.C. § 78u-6 (Dodd-Frank). Plaintiff also asserted against Bio-Rad claims for (3) retaliation in violation of California Labor Code § 1102.5, (4) wrongful termination in violation of public policy, (5) nonpayment of wages under Cal. Labor Code §§ 201, 227.3, and (6) waiting time penalties under Cal. Labor Code § 203. The parties stipulated to dismiss Plaintiff's third, fifth, and sixth claims.

Plaintiff's first, second, and fourth claims came on for trial before a jury, the Honorable Joseph C. Spero, United States Magistrate Judge, presiding, the jury rendered its verdict, and judgment was entered on February 10, 2017. On February 26, 2019, the Ninth Circuit Court of Appeals issued its Opinion vacating in part, affirming in part, and remanding this action.

As directed by, and consistent with, the mandate of the Ninth Circuit, the Court enters the following judgment on Plaintiff's second and fourth causes of action. Judgment on these claims is final and not subject to further appeal, and there is no just reason for delay in entering this judgment. See Fed. R. Civ. P. 54(b).

THUS, IT IS ORDERED AND ADJUDGED

On the second cause of action, that judgment is entered for Defendants Bio-Rad Laboratories, Inc. and Norman D. Schwartz.

On the fourth cause of action, that judgment is entered for Plaintiff Sanford S. Wadler against Bio-Rad Laboratories, Inc, and that Plaintiff shall recover:

1. From Bio-Rad Laboratories, Inc., the sum of $2,960,000, with prejudgment interest of $70,804 and post-judgment interest thereon, running from February 10, 2017, as provided by 28 U.S.C. §1961;
2. From Bio-Rad Laboratories, Inc. the additional sum of $5,000,000, with post-judgment interest thereon, running from February 10, 2017, as provided by 28 U.S.C. §1961; and

- 2 -

3. From Bio-Rad Laboratories, Inc., compensation for litigation costs, as provided by law, in amounts to be later determined by the Court.

DATED: __June 6, 2019__          _____
HON. JOSEPH C. SPERO
United States Magistrate Judge