1  JAMES M. WAGSTAFFE (95535)
   wagstaffe@wvbrlaw.com
2  MICHAEL VON LOEWENFELDT (178665)
   mvl@wvbrlaw.com
3  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
4  100 Pine Street, Suite 725
   San Francisco, CA 94111
5  Telephone: (415) 357-8900
   Fax: (415) 357-8910
6

   Attorneys for Plaintiff
7  SANFORD WADLER

8

9  JOHN M. POTTER (Bar No. 165843)
   johnpotter@quinnemanuel.com
10 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   50 California Street, 22nd Floor
11 San Francisco, CA 94111
   Telephone: (415) 875-6600
12 Facsimile: (415) 875-6700
   Attorneys for Defendants
13
   BIO-RAD LABORATORIES, INC. AND
14 NORMAN SCHWARTZ

15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19 | SANFORD S. WADLER, an individual, | Case No. 3:15-cv-02356-JCS
20 |           Plaintiff,              |
21 |      v.                           | **DISMISSAL OF REMAINING CLAIMS WITH PREJUDICE**
22 |                                   |
23 | BIO-RAD LABORATORIES, INC.,       | HON. JOSEPH C. SPERO
   | a Delaware Corporation, and NORMAN|
24 | SCHWARTZ, an individual,          |
25 |           Defendants.             |

26

27

28

Case No. 3:15-cv-02356-JCS                        DISMISSAL OF REMAINING CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate that this action and all remaining claims in it are DISMISSED WITH PREJUDICE.

IT IS SO STIPULATED.

Dated: September 24, 2019

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By  /s Michael von Loewenfeldt
MICHAEL VON LOEWENFELDT

Attorneys for Plaintiff
SANFORD WADLER

Dated: September 24, 2019

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By  /s John Potter
JOHN M. POTTER

Attorneys for Defendants
BIO-RAD LABORATORIES, INC. and NORMAN SCHWARTZ

**ATTESTATION RE SIGNATURES**

I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to file this stipulation. I hereby attest that Counsel for Defendants indicated in the signature line above has concurred in this filing and authorized me to make it.

Dated: September 24, 2019

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By  /s Michael von Loewenfeldt
MICHAEL VON LOEWENFELDT

Attorneys for Plaintiff
SANFORD WADLER

Dated: 9-25/19

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA